UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE BENJAMIN RODGERS,

Plaintiff,

v.

R YNIGUEZ, et al.,

Defendants.

Case No. 24-cv-01171-VC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Kyle Rodgers, a former detainee at Santa Cruz County Jail proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court reviewed the complaint and found that Rodgers failed to present allegations that the conditions in Administrative Segregation amounted to punishment, he failed to describe how his rights were violated in the disciplinary hearing and he failed to describe the actions of any specific defendants. The court dismissed the complaint with leave to amend for Rodgers to file an amended complaint curing the noted deficiencies.

The time to amend has passed and Rodgers has not filed an amended complaint. Accordingly, this complaint is dismissed without prejudice.

The clerk shall issue a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
VINCE CHHABRIA
United States District Judge